UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTINA CHURCH,

                Plaintiff,

  v.

KAREEM THOMAS, et al.,

                Defendants.

Case No. 2:25-cv-01474-GMN-DJA

ORDER

Plaintiff Christina Church brings this counseled civil-rights action under 42 U.S.C. § 1983 for events that took place while she was a pretrial detainee at the Clark County Detention Center ("CCDC"). (ECF No. 6).  Plaintiff does not appear to be in custody[1] and has paid the $405 filing fee for a civil action. (ECF No. 1).  As such, this case will proceed onto the normal litigation track and will not be screened. *See generally* 28 U.S.C. § 1915A (the plaintiff is no longer a prisoner within the meaning of the Prison Litigation Reform Act); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"); *see Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir. 2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in forma pauperis* whether or not the plaintiff is incarcerated).

It is Ordered that this case is not subject to screening and will proceed onto the normal litigation track pursuant to the Federal Rules of Civil Procedure.

DATED: September 18, 2025.

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] Pursuant to the CCDC's inmate database, Plaintiff is no longer in custody at the CCDC.